# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| QUARTAVIOUS MALLORY and FREDRIC JOHNSON, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) COLLECTIVE ACTION ) |
| *Plaintiffs*, | ) CASE NO. 1:21-CV-103-GNS ) ) CHIEF JUDGE GREG N. STIVERS |
| v. | ) ) JURY DEMAND |
| TSW FABRICATION INC., | ) ) |
| *Defendant*. | ) |

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this Status Report to inform the Court that they have reached a settlement agreement with John Paul Cates, who owns Defendant TSW Fabrication Inc., to resolve the claims in this action. Attached hereto is the agreement. Once the payments contemplated by this agreement have been made, Plaintiffs will seek to dismiss this action with prejudice.

Dated: May 26, 2022

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (KY Bar No. 98528)**
**JOSHUA A. FRANK (TN Bar No. 33294)*** 
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jfrank@barrettjohnston.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this *Plaintiffs' Status Report* was filed electronically with the Clerk's office by using the CM/ECF system and served via email and U.S. Mail on Registered Agent for Defendants as listed below on May 26, 2022:

TSW FABRICATION INC.
Registered Agent: Taylor Cates
3505 Old Bowling Green Rd.
Scottsville, KY 42164

and

John Paul Cates
TSW Fabrication
60 Lambert Road
Scottsville, KY 42164
johnpaulcates@tswfabrication.com

                        /s/ David W. Garrison
                        DAVID W. GARRISON
                        **BARRETT JOHNSTON**
                            **MARTIN & GARRISON, LLC**